ALFRED H. BOND, Appellant, *v.* ATLANTIC TERRA COTTA COMPANY et al., Respondents.

*Bond* v. *Atlantic Terra Cotta Co.*, 151 App. Div. 938, affirmed.
(Argued January 28, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term in an action by a minority stock-

holder to enjoin a corporation and the majority stockholders thereof from reducing the number of its directors.

*John M. Perry* for appellant.

*Graham Sumner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, and HOGAN, JJ. Not sitting: MILLER, J.